ROSE HERKERT, as Administratrix of the Estate of LOUIS HERKERT, Deceased, Appellant, *v.* YAWMAN AND ERBE MANUFACTURING COMPANY, Respondent.

*Herkert* v. *Yawman & Erbe Manfg. Co.*, 148 App. Div. 899, affirmed.
(Argued March 27, 1912; decided April 12, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered December 6, 1911, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence · of defendant, his employer.

*W. A. Matson* for appellant.

*Clarence P. Moser* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.